IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:06cr9DCB-JCS

ANTHONY BUCKHALTER
PAUL BUCKHALTER
LORI MARCELLO
DEBRA MARCELLO

### ORDER TO SEAL

The United States of America requests that the Information herein be sealed, and represents the following:

An Information has been filed against the Defendants. Revealing the existence of the Information may interfere with the apprehension of the Defendants.

WHEREFORE, the United States requests that the Court SEAL the Information and Return, and this Motion and Order, pending the surrender of the Defendants.

Respectfully submitted,

DUNN LAMPTON
UNITED STATES ATTORNEY

By: _____
RICHARD T. STARRETT
Assistant United States Attorney
MS Bar No. 7800

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that the Indictment and Return herein be sealed, as well as this Motion and Order to Seal.

SO ORDERED, this the _8_ day of February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE