IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                              Criminal No. 5:06CR9DCB-JCS

ANTHONY BUCKHALTER

**ORDER**

CAME ON for consideration this date, the Motion of the Government to dismiss Counts Two and Three of the Indictment, and the Court, being informed in the premises, finds that Counts Two and Three of the Indictment should be dismissed pursuant to the plea agreement entered into between the Government and the Defendant in this case.

IT IS ORDERED that Counts Two and Three of the Indictment are hereby dismissed with prejudice.

ORDERED on this, the 31st day of August, 2006.

                                              S/DAVID BRAMLETTE
                                              UNITED STATES DISTRICT COURT JUDGE
                                              DAVID C. BRAMLETTE, III